# EXHIBIT "2"

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

BARRY McCALL and               \*
CHERYL McCALL

                                 \*

        Plaintiffs,

                                 \*   CASE NO.: CV-_____

v.

                                 \*

THE TORO COMPANY and
WILSON-DISMUKES, INC.,            \*

        Defendants.                \*

## DECLARATION OF W. EDWARD DISMUKES, JR.

1.      My name is W. Edward Dismukes, Jr. I am over the age of 21 years and I have personal knowledge of the matters set out below.

2.      I am the sole shareholder and the president of Wilson Dismukes, Inc. (incorrectly referred to as "Wilson-Dismukes" in the Plaintiff's Complaint). Wilson Dismukes is an Alabama corporation with its headquarters in Mobile, Alabama. Wilson Dismukes is a small family business dating back to 1944. I have served in my current position since 2003 and handled day to day operations of the company since that time. I am familiar with all aspects of Wilson Dismukes's business. Wilson Dismukes is a retail distributor of outdoor power equipment.

3.      On or about November 26, 2019, a Complaint was filed by Barry and Cheryl McCall, in the Circuit Court of Mobile County, Alabama. I have reviewed a copy of the Complaint. Paragraph 12 and several subsequent paragraphs of the

{M0292301.1}

Complaint identify the product at issue as a 2013 Toro TimeCutter zero-radius mower, model number 74633, serial number 313011268 ("mower").

4.      I was able to use the serial number provided in the complaint to find records relating to the mower. The business records of Wilson Dismukes show that the mower was sold to Pearly Williams on August 1, 2013. A true and correct copy of the invoice for the sale of the mower is attached hereto as Exhibit A. Wilson Dismukes does not know how the subject mower ended up in Mr. McCall's hands.

5.      Wilson Dismukes is an authorized Toro distributor. Wilson Dismukes did not design, manufacture, assemble or test the mower that is the subject of the complaint in this case.  Likewise, Wilson Dismukes did not alter or modify the mower in any way.  Wilson Dismukes did not design, create, or modify the mowers' packaging, instructions, and warnings. Wilson Dismukes' website lists the mowers that it sells and includes information on the mowers provided by the manufacturers for the product but Wilson Dismukes did not prepare or disseminate any marketing material on the subject mower that it generated. Wilson Dismukes was a mere conduit of the mower.

6.      Subsequent to the sale of the mower, Wilson Dismukes provided Pearly Williams a replacement battery for the mower under warranty on September 14, 2013. Wilson Dismukes has performed no other service, repairs, or work on the mower and made no modifications or changes to the mower. Wilson Dismukes has not seen or had any involvement with the mower since September 14, 2013.

7.     The subject mower is a non-commercial residential grade zero turn mower. Wilson Dismukes does not sell and is not aware of any residential grade zero turn mowers equipped with a rollover protection system. Wilson Dismukes is not aware of any kits or options to add a rollover protection system to the subject mower or any other residential grade zero turn mowers.

8.     Wilson Dismukes also sells commercial grade zero turn mowers. These mowers are larger and heavier than residential grade zero turn mowers. Some of the commercial grade zero turn mowers have a rollover protection system or the option to add a rollover protection system. The company's assumption has been that the rollover protection systems are available for commercial mowers due to the size and weight of the commercial mowers.

9.     Wilson Dismukes does not have specialized knowledge concerning the existence of rollover protection systems for zero turn mowers that plaintiffs lacked. Mr. McCall purchased a Fastcat Pro commercial zero turn mower manufactured by Bob-Cat from Wilson Dismukes on March 6, 2012. That mower had the option for a rollover protection system.  Mr. McCall was advised of the existence of the option and declined to purchase it. There were other commercial zero turn mowers with rollover protection system on display in our store when Mr. McCall purchased the Fastcat mower.

10.     Prior the complaint in this case, Wilson Dismukes was not aware of any actual or alleged accidents and resulting injuries from the rollover of any zero turn mower without rollover protection system which it sold. Wilson Dismukes did

not know at the time it sold the mower and still does not believe today that zero turn mowers lacking a rollover protection system are unreasonably dangerous, a safety hazard, or defective. My own family and I have operated zero turn mowers, including the same subject mower model, without a rollover protection system. The manuals for the subject Toro mower and the Fastcat mower purchased by Mr. McCall, provided with the mowers when sold and publicly available on the internet, include instructions and warnings about operating zero turn mowers on slopes and around sudden drop offs. Excerpts from these manuals are attached hereto as exhibit B. There is no risk of rollover or related injury if these instructions are heeded.

11.   On behalf of Wilson Dismukes, I consent to the removal of the case filed by Barry and Cheryl McCall in the Mobile County Circuit Court to the United States District Court for the Southern District of Alabama.

12.   I declare under penalty of perjury that the foregoing statements are true and correct.

Further affiant saith not.

Dated this _2nd_ day of January, 2020.

W. Edward Dismukes, Jr.

STATE OF ALABAMA

COUNTY OF MOBILE

Sworn and Subscribed before me this ⟋²⟍ day of January, 2020.

_____
Notary Public

My Commission Expires: _____

NORMAN PRESSLEY
My Commission Expires
May 15, 2021

(M0292301.1)                                    5

# EXHIBIT A

# INVOICE

PAGE: 1

|  | |
|---|---|
| PHONE #: (251)452-0225 | DATE: 8/1/2013 |
| CELL #: | INVOICE #: 360082 |
| FAX #: | CUSTOMER#: 37274 |
| P.O.#: | LOCATION: 1 |
| TERMS: Net 10 | |
| SALES ORDER#: 197459 | |
| SALES TYPE: Sales | |
| CP: Butch | |
| SALES REP: Butch | |

WILSON DISMUKES, INC.
2646 Government Blvd.
Mobile, AL 36606 USA
Phone #: (251)476-9871
Fax #: (251)476-9874

BILL TO   2592

GE Capital
900 Concourse Drive
Rapid City, SD 57703

SHIP TO

PEARLY WILLIAMS
1002 WOOD ALLEY
MOBILE, AL 36610

| MFR | PRODUCT NUMBER | DESCRIPTION | SOLD | B/O | PRICE | NET | TOTAL |
|---|---|---|---|---|---|---|---|
| TOR | 74633 | SS4235 22hp Kohler V-Twin w/ 42" Deck<br>S/N: 313011268 | 1 | 0 | $2,599.95 | $2,599.95 | $2,599.95 |
| STI | FS 56 RC E | 27.2 CC Straight Shaft Trimmer, w/ easy to start<br>S/N: 294509319 | 1 | 0 | $219.95 | $219.95 | $219.95 |
| STI | FC 56 C E | 27.2 CC HomeScaper Series Edger<br>S/N: 295526663 | 1 | 0 | $259.95 | $259.95 | $259.95 |
| STI | BG 56 | 27cc HomeScaper Series Hand-Held Blower<br>S/N: 295377892 | 1 | 0 | $149.95 | $149.95 | $149.95 |
| STI | HS 46 18" | 27.2 CC Top Handle Double Sided Hedge Trimmer<br>S/N: 804349007 | 1 | 0 | $319.95 | $319.95 | $319.95 |

All eligible returns require the original receipt, must be in original condition, un-used, and are subject to a restocking fee of up to 25%. Electrical parts, special order items and items sold through ebay or Craigslist may not be returned for any reason.   No returns will be accepted after 10 business days.

While the manufacturer may warrant the goods sold to the customer, we make no warranties, expressed or implied, including any implied warranties of merchantability or fitness, with respect to such goods.

| | |
|---|---|
| SUBTOTAL: | $3,549.75 |
| TAX: | $218.48 |
| INVOICE TOTAL: | $3,768.23 |
| 8/5/2013 PMT FINANCE CO: Williams, P. | $3,692.87 |
| 8/5/2013 CREDIT NOTE: Williams, P. | $75.36 |
| AMOUNT DUE: | $0.00 |

Picked Up By: _____

# EXHIBIT B



**Count on it.**

Form No. 3382-336 Rev A

**Operator's Manual**

# TimeCutter® SS 4235 Riding Mower

Model No. 74633—Serial No. 314000001 and Up

Register at www.Toro.com.
Original Instructions (EN)



# Safety

Improper use or maintenance by the operator or owner can result in injury. To reduce the potential for injury, comply with these safety instructions, and pay attention to the safety alert symbol , which means Caution, Warning, or Danger—"personal safety instruction." Failure to comply with the instructions may result in personal injury or death.

**Important:** This machine was manufactured according to the appropriate regulatory standards in effect at the time of manufacture. Modifying this machine in any way may cause it to be out of compliance with those standards and with the instructions in this Operator's Manual. Modifications to this machine should only be made by either the manufacturer or an Authorized Toro Dealer.

This product is capable of amputating hands and feet. Follow all safety instructions to avoid serious injury or death.

The owner/user can prevent and is responsible for accidents or injuries occurring to people, or damage to property.

**Important:** The addition of attachments made by other manufacturers that do not meet American National Standards Institute certification will cause noncompliance of this machine.

# Safe Operating Practices

This product is capable of amputating hands and feet and throwing objects. Always follow all safety instructions to avoid serious injury or death.

The following instructions are adapted from ANSI standard B71.1-2012. All the language within this ANSI standard applies to this machine; however, due to the application of the standard across many different types of products some statements can seem general or misleading. In these instances, Toro has refined the statement to convey the meaning of the standard while better matching the product this *Operator's Manual* pertains. Safety information in addition to the instructions found in the ANSI standard below can be found in Toro Riding Mower Safety at the end of this section.

## General Operation

- Read, understand, and follow all instructions in the operator's manual and on the machine before starting.
- Do not place hands or feet near rotating parts or under the machine. Keep clear of the discharge opening at all times.
- Allow only responsible adults who are familiar with the instructions to operate the machine.
- Clear the area of objects such as rocks, toys, wire, etc., which could be picked up and thrown by the blade.
- Be sure the area is clear of other people before mowing. Stop the machine if anyone enters the area.

- Never carry passengers.
- Do not mow in reverse unless absolutely necessary. Always look down and behind before and while backing up.
- Be aware of the mower discharge direction and do not point it at anyone. Avoid discharging material against a wall or obstruction. Material may ricochet back toward the operator. Stop the blade(s) when crossing gravel surfaces.
- Do not operate the machine without deflector, discharge cover or entire grass collection system in place and working.
- Be alert, slow down and use caution when making turns. Look behind and to the side before changing directions.
- Never leave a running machine unattended. Always turn off blades, set parking brake, stop engine, and remove key before dismounting.
- Turn off blades when not mowing. Stop the engine, wait for all parts to come to a complete stop and remove the key before cleaning the machine, removing the grass catcher or unclogging the discharge chute.
- Operate the machine only in daylight or good artificial light.
- Do not operate the machine while under the influence of alcohol or drugs.
- Watch for traffic when operating near or crossing roadways.
- Use extra care when loading or unloading the machine into a trailer or truck.
- Always wear eye protection when operating the mower.
- Always follow the recommendations for any application of counterweights.
- Lightning can cause severe injury or death. If lightning is seen or thunder is heard in the area, do not operate the machine; seek shelter.

## Slope Operation

Slopes are a major factor related to loss of control and tip-over accidents, which can result in severe injury or death. Operation on all slopes requires extra caution. If you cannot back up the slope or if you feel uneasy on it, do not mow it.

- Do not mow slopes greater than 15 degrees.
- Watch for ditches, holes, rocks, dips, and rises that change the operating angle, as rough terrain could overturn the machine.
- Choose a low ground speed so you will not have to stop while operating on a slope.
- Do not mow slopes when grass is wet. Slippery conditions reduce traction and could cause sliding and loss of control.

4

- Always keep the drive wheels engaged when going down slopes.
- Reduce speed and use extreme caution on slopes.
- Do not make sudden turns or rapid speed changes.
- Remove or mark obstacles such as rocks, tree limbs, etc. from the mowing area. Tall grass can hide obstacles.
- Avoid sudden starts when mowing uphill because the mower may tip backwards.
- Be aware that loss of traction may occur going downhill. Weight transfer to the front wheels may cause drive wheels to slip and cause loss of braking and steering.
- Always avoid sudden starting or stopping on a slope. If tires lose traction, stop the machine, disengage the blades and proceed slowly off the slope.
- Use extreme care with grass catchers or other attachments. These can change the stability of the machine and cause loss of control.
- Do not try to stabilize the machine by putting your foot on the ground.
- Do not mow near drop-offs, ditches, steep banks or water. Wheels dropping over edges can cause rollovers, which may result in serious injury, death or drowning.
- Use a walk behind mower and/or a hand trimmer near drop-offs, ditches, steep banks or water.

## Children

Tragic accidents can occur if the operator is not alert to the presence of children. Children are often attracted to the machine and the mowing activity. Never assume that children will remain where you last saw them.

- Keep children out of the mowing area and under the watchful care of another responsible adult, not the operator.
- Be alert and turn the machine off if children enter the area.
- Before and while backing or changing direction, look behind, down, and side-to-side for small children.
- Never carry children, even with the blades off. They may fall off and be seriously injured or interfere with safe machine operation.
- Children who have been given rides in the past may suddenly appear in the mowing area for another ride and be run over or backed over by the mower.
- Never allow children to operate the machine.
- Use extra care when approaching blind corners, shrubs, trees, the end of a fence or other objects that may obscure vision.

## Towing Safety

- Do not attach towed equipment except at the hitch point.
- Follow the attachment manufacturer's recommendation for weight limits for towed equipment and towing on

slopes. Towed weight must not exceed the weight of the machine, operator, and ballast. Use counterweights or wheel weights as described in the attachment, or in the pulling machine *Operator's Manual.*

- Never allow children or others in or on towed equipment.
- On slopes, the weight of the towed equipment may cause loss of traction, increased risk of rollover, and loss of control. Reduce the towed weight and slow down.
- Stopping distance increases with the weight of the towed load. Travel slowly and allow extra distance to stop.
- Make wide turns to keep the attachment clear of the machine.

## Service

Safe Handling of Gasoline:

To avoid personal injury or property damage, use extra care when handling gasoline and other fuels. They are flammable and the vapors are explosive.

- Extinguish all cigarettes, cigars, pipes and other sources of ignition.
- Use only an approved container.
- Never remove the gas cap or add fuel when the engine is running. Allow the engine to cool before refueling.
- Never refuel the machine indoors.
- Never store the machine or fuel container inside where there is an open flame, such as near a water heater or furnace.
- Never fill containers inside a vehicle or on a truck or trailer with a plastic liner. Always place containers on the ground away from your vehicle before filling.
- Remove gas-powered equipment from the truck or trailer and refuel it on the ground. If this is not possible, then refuel such equipment with a portable container, rather than from a gasoline dispenser nozzle.
- Keep the nozzle in contact with the rim of the fuel tank or container opening at all times until the fueling is complete. Do not use a nozzle lock-open device.
- If fuel is spilled on clothing, change clothing immediately.
- Never overfill the fuel tank. Replace gas cap and tighten securely.

General Service:

- Never operate a machine inside a closed area. Engine exhaust contains carbon monoxide, which is an odorless, deadly poison that can kill you.
- Keep nuts and bolts tight, especially the blade attachment bolts. Keep equipment in good condition.
- Never interfere with the intended function of a safety device or to reduce the protection provided by a safety device. Check their proper operation regularly.
- Keep the machine free of grass, leaves, or other debris build-up. Clean up oil or fuel spillage fuel soaked debris. Allow the machine to cool before storing.

5

- Stop and inspect the equipment if you strike an object. Repair, if necessary, before restarting.
- Never make any adjustments or repairs with the engine running.
- Grass catcher components are subject to wear, damage and deterioration, which could expose moving parts or allow objects to be thrown. Frequently check components and replace with manufacturers' recommended parts, when necessary.

- Mower blades are sharp and can cut. Wrap the blade(s) or wear gloves, and use extra caution when servicing them.
- Check for proper brake operation frequently. Adjust and service as required.
- Maintain or replace safety and instruction decals as necessary.
- Use only genuine Toro replacement parts to ensure that original standards are maintained.

# Safety and Instructional Decals

 Safety decals and instructions are easily visible to the operator and are located near any area of potential danger. Replace any decal that is damaged or lost.



### 93-7009

1. Warning—don't operate the mower with the deflector up or removed; keep the deflector in place.
2. Cutting/dismemberment hazard of hand or foot, mower blade—stay away from moving parts.



### Manufacturer's Mark

1. Indicates the blade is identified as a part from the original machine manufacturer.



### 105-7015
### For models with 42-inch decks



### 106-8717

1. Read the instructions before servicing or performing maintenance.
2. Check tire pressure every 25 operating hours.
3. Grease every 25 operating hours.
4. Engine



### 110-6691

1. Thrown object hazard—keep bystanders a safe distance from the machine.
2. Thrown object hazard, mower—do not operate without the deflector, discharge cover, or grass collection system in place.
3. Cutting/dismemberment of hand or foot—stay away from moving parts.



### 114-1606

1. Entanglement hazard, belt—keep all guards in place.



119-8814

1. Parking position
2. Fast
3. Slow
4. Neutral
5. Reverse



119-8815

1. Parking position
2. Fast
3. Slow
4. Neutral
5. Reverse



121-2989

1. Bypass lever position for pushing the machine
2. Bypass lever position for operating the machine



**Battery Symbols**

Some or all of these symbols are on your battery

1. Explosion hazard
2. No fire, open flame, or smoking.
3. Caustic liquid/chemical burn hazard
4. Wear eye protection
5. Read the *Operator's Manual.*
6. Keep bystanders a safe distance from the battery.
7. Wear eye protection; explosive gases can cause blindness and other injuries
8. Battery acid can cause blindness or severe burns.
9. Flush eyes immediately with water and get medical help fast.
10. Contains lead; do not discard.

119-8871

Certain models only

1. Height-of-cut



120-2239

1. Warning—read the *Operator's Manual*.

2. Warning—read the instructions before servicing or performing maintenance; move the motion control levers to the park (brake) position, remove the ignition key and disconnect the spark plug wire.

3. Cutting/dismemberment hazard, mower blade; entanglement hazard, belt—stay away from moving parts, keep all guards and shields in place.

4. Thrown object hazard—keep bystanders a safe distance from the machine, pick up debris before operating, keep deflector in place.

5. Warning—do not use split ramps, use a full ramps when transporting machine.

6. Loss of traction/control hazard, slopes—loss of traction/control on a slope, disengage the blade control switch (PTO), proceed off the slope slowly.

7. Crushing/dismemberment hazard of bystanders, reversing; crushing/dismemberment hazard of bystanders—do not carry passengers, look behind and down when reversing.

8. Tipping hazard—do not mow slopes greater than 15 degrees, avoid sudden and sharp turns while on slopes.



## MODELS:

### 942297G
FastCat-FX541V KAW W/36 SIDE DISCHARGE

### 942298G
FastCat-FX600V KAW W/48 SIDE DISCHARGE

### 942299G
FastCat-FX651V KAW W/52 SIDE DISCHARGE

### 942302G
FastCat-FX600V KAW W/42 SIDE DISCHARGE

### 942404G
FastCat-627cc VANGUARD B&S W/61 SIDE DISCHARGE

### 942405G
FastCat-FX691V KAW W/61 SIDE DISCHARGE

# PARTS / OPERATOR'S MANUAL

MAN 4165951

REV B 04-2012

SCHILLER GROUNDS CARE

# SAFETY

## FastCat Pro

**MANEUVERING SAFELY**

### In general

- Slow down before turning.
- Do not mow in reverse unless absolutely necessary. Always look behind and down for small children and pets before and during backing.
- Be aware when approaching blind corners, shrubs, trees, tall grass or other objects that may obscure vision.
- If tires lose traction, disengage the blades. If on a slope, head downhill.

### Mowing slopes

 **WARNING**

Slopes are a major factor in loss-of-control and tip over accidents that sometimes lead to severe injury or death. All slopes require extra caution.



- Do not mow on slopes if uneasy or uncertain. Ultimate responsibility for safe operation on slopes rests with the operator.
- Do not mow excessively steep slopes.
- On zero turn machines, mow across slopes, not up and down.
- Avoid starting or stopping on a slope. If tires lose traction, disengage the blades and proceed slowly straight down the slope.
- With a zero turn machine, if tires lose traction going down a slope, steering control may be regained by speeding up.
- Mid-mount zero turns (belly mounted deck) have much greater traction pointed up slope than down slope. Be aware that traction may be lost going down a slope. Do not operate a mid-mount zero turn on slopes it cannot back up.
- Keep all movement on the slopes slow and gradual. Do not make sudden changes in speed or direction.
- Do not turn on slopes unless necessary, and then turn slowly and downhill when possible.
- Stay away from slopes if the ground is loose or if caught in the rain during mowing.
- Use lower speeds on a slope to avoid stopping or shifting.

- Use extra care with grass catchers or other attachments. These can change the stability of the machine.
- Remove obstacles such as rocks, tree limbs etc.
- Avoid driving over obstacles such as ruts, holes, rocks and roots whenever possible. Be alert to dips and rises. Uneven terrain can overturn a mower or cause it to slide. Tall grasses can hide obstacles.
- Do not mow drop-offs, ditches or embankments. The machine could suddenly turn over if a wheel runs over the edge or an edge caves in.
- Follow the manufacturer's recommendations for wheel weights or counterweights to improve stability.
- Do not mow slopes when grass is wet. Reduced traction could cause sliding.