# EXHIBIT "4"

## IN HE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | |
|---|---|
| BARRY MCCALL;<br>CHERYL MCCALL<br><br>    Plaintiffs,<br><br>v.<br><br>THE TORO COMPANY;<br>WILSON-DISMUKES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No:  CV-2019-903150<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that a Notice of Removal of the above-styled action, from the Circuit Court of Mobile County, Alabama to the United States District Court for the Southern District of Alabama, a copy of which is attached hereto, was duly filed on January 3, 2020, in the Office of the Clerk of the United States for the Southern District of Alabama.

Respectfully submitted this the 3rd day of January, 2020.

                                          *s/ William P. Cobb, II*
                                          Attorney for Defendant The Toro Company

**OF COUNSEL:**

William P. Cobb, II (COB002
Email: pcobb@balch.com
Aria B. Allan (ALL111)
Email: aallan@balch.com
BALCH & BINGHAM LLP
Post Office Box 78 (36101)
105 Tallapoosa Street, Suite 200
Montgomery, AL 36104
Telephone:   (334) 834-6500
Facsimile:   (334) 269-3115

8124480.1

2

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and service will be perfected upon the following CM/ECF participant(s) electronically on this the 3rd day of January, 2020:

Desmond V. Tobias
Jason S. McCormick
Bryan E. Comer
TOBIAS, MCCORMICK & COMER, LLC
1203 Dauphin Street
Mobile, Alabama 36604

Wilson-Dismukes, Inc.
2646 Government Boulevard
Mobile, Alabama 36606

*s/ William P. Cobb, II*
Of Counsel

2

8124480.1