# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BARRY MCCALL and ) | |
| CHERYL MCCALL, ) | |
|   ) | |
|   Plaintiffs, ) | Civil Action No. 1:19-01136-KD-C |
|   ) | |
| v. ) | REMOVED FROM CIRCUIT |
|   ) | COURT OF MOBILE COUNTY, |
| THE TORO COMPANY and ) | ALABAMA |
| WILSON DISMUKES, INC., ) | 02-CV-2019-903150 |
|   ) | |
|   Defendants. ) | |

## ORDER

After due and proper consideration of the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 7, 2020 (doc. 19), is ADOPTED as the opinion of this Court.

Accordingly, this action is remanded to the Circuit Court of Mobile County, Alabama.

DONE this 4th day of May 2020.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE